1 | DANIEL J. BRODERICK, Bar# 89424
Federal Defender
2 | BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone (916) 498-5700

Attorney for Defendant
JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 12-00147-GEB |
|---|---|---|
| Plaintiff, | ) | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| JESSE AARON MENO, | ) | DATE: June 22, 2012 |
| Defendant. | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE , Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, May 25, 2012, be continued to Friday, June 22, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 22, 2012          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             JESSE AARON MENO


DATED: May 22, 2012          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             MICHELLE PRINCE
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant Wilfred Luce in

a speedy trial.

   The Court orders that the time from the date of the parties stipulation, May 22, 2012, up to and including June 22, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the May 25, 2012, status conference shall be continued until June 22, 2012, at 9:00 a.m..

Dated: May 23, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```