```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JESSE AARON MENO
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   Cr.S. 12-00147-GEB
                                 )
12            Plaintiff,         )   STIPULATION TO MODIFY CONDITIONS
                                 )   OF RELEASE; ORDER
13       v.                      )
                                 )   JUDGE: Hon. Gregory G. Hollows
14  JESSE AARON MENO,            )
                                 )
15            Defendant.         )
                                 )
16  _____ )

17
```

IT IS HEREBY STIPULATED AND AGREED between the parties, Michelle Prince, Assistant United States Attorney, attorney for Plaintiff, and Benjamin D. Galloway, Assistant Federal Defender, attorney for defendant, JESSE AARON MENO, that the conditions of Mr. Meno's release imposed on April 19, 2012, be modified to include the following special condition:

20. You shall not gamble or enter any gambling establishment for any reason.

///
///
///

This proposed modification is being requested by Pretrial Services Officer Beth Baker.  Mr. Meno and the government have no opposition to this request.

DATED: June 22, 2012          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /S/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              JESSE AARON MENO


DATED: June 22, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              MICHELLE PRINCE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff


**O R D E R**

The foregoing stipulation of counsel is accepted.  Mr. Meno shall not gamble or enter any gambling establishment for any reason. All other conditions are to remain in effect.

IT IS SO ORDERED.

Dated:_June 25, 2012_

                              _/s/ Gregory G. Hollows_
                              UNITED STATES MAGISTRATE JUDGE