```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JESSE AARON MENO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 12-00147-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
|  | ) **TO CONTINUE STATUS CONFERENCE** |
| v. | ) |
|  | ) DATE: October 5, 2012 |
| JESSE AARON MENO, | ) TIME: 9:00 a.m. |
|  | ) JUDGE: Hon. Garland E. Burrell |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, August 31, 2012, be continued to Friday, October 5, 2012, at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the

granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 5, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 27, 2012        Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              /S/ Benjamin Galloway
                                              BENJAMIN GALLOWAY
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JESSE AARON MENO

DATED: August 27, 2012        BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Benjamin Galloway for
                                              MICHELLE PRINCE
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

1 | The Court orders that the time from the date of the parties
2 | stipulation, August 27, 2012, up to and including October 5, 2012,
3 | shall be excluded from computation of time within which the trial of
4 | this case must be commenced under the Speedy Trial Act, pursuant to 18
5 | U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
6 | It is further ordered that the August 31, 2012, status conference shall
7 | be continued until October 5, 2012, at 9:00 a.m..

Dated: August 28, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge