1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, CA Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-12-00147-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE; EXCLUDE TIME |
| JESSE AARON MENO, | |
| Defendant. | Date: November 16, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, October 5, 2012, be continued to Friday, November 16, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and

the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 16, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

| | |
|---|---|
| DATED: October 1, 2012 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Benjamin Galloway<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESSE AARON MENO |
| DATED: October 1, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Benjamin Galloway for<br>MICHELLE PRINCE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, October 1, 2012, up to and including November 16, 2012,

1  shall be excluded from computation of time within which the trial of
2  this case must be commenced under the Speedy Trial Act, pursuant to 18
3  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).
4      It is further ordered that the October 5, 2012 status conference
5  shall be continued until November 16, 2012 at 9:00 a.m.
6  Dated:   October 2, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge