1  JOSEPH SCHLESINGER, Bar #97692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JESSE AARON MENO

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) No. 2:12-cr-00147 GEB
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND [PROPOSED] ORDER
14     v.                           ) TO CONTINUE STATUS CONFERENCE;
                                    ) EXCLUDE TIME
15 JESSE AARON MENO,                )
                                    )
16              Defendant.          ) Date: February 15, 2013
                                    ) Time: 9:00 a.m.
17 _____  ) Judge: Garland E. Burrell, Jr.

18

19      It is hereby stipulated and agreed to between the United States of
20 America through MICHELLE PRINCE, Assistant U.S. Attorney, and
21 defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN
22 GALLOWAY, Assistant Federal Defender, that the status conference set on
23 Friday, January 25, 2013, be continued to Friday, February 15, 2013 at
24 9:00 a.m.
25      The reason for this continuance is to allow defense counsel
26 further time to review discovery with the defendant, to examine
27 possible defenses and to continue investigating the facts of the case.
28 / / /

1     The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4     Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for February 15, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).

DATED: January 23, 2013     Respectfully submitted,

    JOSEPH SCHLESINGER
    Acting Federal Defender

    /s/ Benjamin Galloway
    BENJAMIN GALLOWAY
    Assistant Federal Defender
    Attorney for Defendant
    JESSE AARON MENO

DATED: January 23, 2013     BENJAMIN B. WAGNER
    United States Attorney

    /s/ Benjamin Galloway for
    MICHELLE PRINCE
    Assistant U.S. Attorney
    Attorney for Plaintiff

**O R D E R**

22     The Court, having received, read, and considered the stipulation
23 of the parties, and good cause appearing therefrom, adopts the
24 stipulation of the parties in its entirety as its order. The Court
25 specifically finds that the failure to grant a continuance in this case
26 would deny counsel reasonable time necessary for effective preparation,
27 taking into account the exercise of due diligence.  The Court finds
28 that the ends of justice to be served by granting the requested

continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including February 15, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the January 25, 2013 status conference shall be continued until February 15, 2013 at 9:00 a.m.

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge