1  JOSEPH SCHLESINGER, Bar #97692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JESSE AARON MENO

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  No. 2:12-cr-00147 GEB
                                   )
13                 Plaintiff,      )
                                   )  [PROPOSED] ORDER FOR RELEASE OF
14       v.                        )  FAMILY COURT FILES RE DEFENDANT
                                   )
15  JESSE AARON MENO,              )
                                   )
16                 Defendant.      )
                                   )
17  _____)

18       On March 4, 2013 a representative of the Federal Defender's Office

19  contacted the Sacramento County Superior Court Clerk's Office to

20  request certified copies of the complete court files and docket sheets

21  for Sacramento County case numbers 94FL18097 and 99FS06324.

22       It is believed that these family court records relate to defendant

23  Jesse Aaron Meno.  The defense investigation in this case has focused

24  on mitigation at sentencing, and specifically on Mr. Meno's social

25  history.  The defense has reason to believe the requested records

26  contain information relevant to mitigation at sentencing.

27       Although the documents sought pertain to Mr. Meno and his family,

28  the Sacramento County Superior Court Clerk's Office informed the

1  Federal Defender's Office that a court order is required to release

2  copies of the two files to the Federal Defender's Office.

3      Mr. Meno, through undersigned counsel, hereby requests that this

4  Court order the Sacramento County Superior Court Clerk's Office to

5  provide certified copies of the complete court files and docket sheets

6  for Sacramento County Family Court case numbers 94FL18097 and

7  99FS06324.  A proposed order follows for the Court's convenience.

8

9  DATED: March 20, 2013                    Respectfully submitted,

10                                          JOSEPH SCHLESINGER
                                            Acting Federal Defender
11

12                                          /s/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
13                                          Assistant Federal Defender
                                            Attorney for Defendant
14                                          JESSE AARON MENO

15

16                          **O R D E R**

17

18      The Sacramento County Superior Court Clerk's Office is to provide

19  certified copies of the complete court files and docket sheets for

20  Sacramento County case numbers 94FL18097 and 99FS06324 to the Federal

21  Defenders Office, located at 801 I Street, 3rd Floor, Sacramento, CA

22  95814.

23  DATED: March 20, 2013.

24

25                          _Dale A. Drozd_____

26                          DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE

27  dad1.crim
    meno0147.ord.family.crt.files
28

Order                                    -2-