1  JOSEPH SCHLESINGER, Bar #97692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JESSE AARON MENO

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        ) No. 2:12-cr-00147 TLN
                                     )
13                  Plaintiff,       )
                                     ) STIPULATION AND ORDER TO CONTINUE
14      v.                           ) STATUS CONFERENCE AND EXCLUDE
                                     ) TIME
15  JESSE AARON MENO,                )
                                     )
16                  Defendant.       ) Date:  June 20, 2013
                                     ) Time:  9:30 a.m.
17  _____ ) Judge: Troy L. Nunley

18

19       It is hereby stipulated and agreed to between the United States of

20  America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant,

21  JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY,

22  Assistant Federal Defender, that the status conference set on Friday,

23  April 26, 2013, be continued to Thursday, June 20, 2013 at 9:30 a.m.

24       The reason for this continuance is to allow defense counsel

25  further time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27  / / /

28  / / /

1    The parties stipulate that the ends of justice served by the

2 granting of such continuance outweigh the interests of the public and

3 the defendant in a speedy trial.

4    Speedy trial time is to be excluded from the date of this order

5 through the date of the status conference set for June 20, 2013,

6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

7 (Local Code T4).

8 DATED: April 18, 2013                Respectfully submitted,

9                                      JOSEPH SCHLESINGER
                                       Acting Federal Defender
10

11                                     /s/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
12                                     Assistant Federal Defender
                                       Attorney for Defendant
13                                     JESSE AARON MENO

14

15 DATED: April 18, 2013                BENJAMIN B. WAGNER
                                       United States Attorney
16

17                                     /s/ Benjamin Galloway for
                                       MATTHEW MORRIS
18                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
19

20

21                        **O R D E R**

22    The Court, having received, read, and considered the stipulation

23 of the parties, and good cause appearing therefrom, adopts the

24 stipulation of the parties in its entirety as its order. The Court

25 specifically finds that the failure to grant a continuance in this case

26 would deny counsel reasonable time necessary for effective preparation,

27 taking into account the exercise of due diligence.  The Court finds

28 that the ends of justice to be served by granting the requested

Stipulation/Order                 -2-

1  continuance outweigh the best interests of the public and defendant in

2  a speedy trial.

3       The Court orders that the time from the date of the parties

4  stipulation, up to and including June 20, 2013, shall be excluded from

5  computation of time within which the trial of this case must be

6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §

7  3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is

8  further ordered that the April 26, 2013 status conference shall be

9  continued until June 20, 2013 at 9:30 a.m.

10  DATED: April 23, 2013

Troy L. Nunley
United States District Judge