1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5
    Attorney for Defendant
6   JESSE AARON MENO

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        ) No. 2:12-cr-00147 TLN
                                     )
13                   Plaintiff,      )
                                     ) STIPULATION AND ORDER TO CONTINUE
14        v.                         ) STATUS CONFERENCE AND EXCLUDE
                                     ) TIME
15  JESSE AARON MENO,                )
                                     )
16                   Defendant.      ) Date:  August 1, 2013
                                     ) Time:  9:30 a.m.
17  _____ ) Judge: Troy L. Nunley

18

19        It is hereby stipulated and agreed to between the United States of

20  America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant,

21  JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY,

22  Assistant Federal Defender, that the status conference set on Friday,

23  June 20, 2013, be continued to Thursday, August 1, 2013 at 9:30 a.m.

24        The reason for this continuance is to allow defense counsel

25  further time to review discovery with the defendant, to examine

26  possible defenses and to continue investigating the facts of the case.

27  / / /

28  / / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 1, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 13, 2013                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JESSE AARON MENO


DATED: June 13, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Benjamin Galloway for
                                        MATTHEW MORRIS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff




**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested

continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 1, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 20, 2013 status conference shall be continued until August 1, 2013 at 9:30 a.m.

DATED: June 13, 2013

Troy L. Nunley
United States District Judge