| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, Bar #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | JESSE AARON MENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-00147 TLN |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) STATUS CONFERENCE AND EXCLUDE |
| | ) TIME |
| JESSE AARON MENO, | ) |
| | ) |
| Defendant. | ) Date: September 26, 2013 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set on Thursday, August 29, 2013, be continued to Thursday, September 26, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 26, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

| | | |
|---|---|---|
| DATED: August 22, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Benjamin Galloway*<br>BENJAMIN GALLOWAY<br>Assistant Federal Defender<br>Attorney for Defendant<br>JESSE AARON MENO |
| DATED: August 22, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Matthew Morris*<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including September 26, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the August 29, 2013 status conference shall be continued until September 26, 2013 at 9:30 a.m.

DATED: August 22, 2013

Troy L. Nunley
United States District Judge