1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   JESSE AARON MENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:12-CR-00147 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE: October 24, 2013 |
| JESSE AARON MENO | ) TIME: 9:30 am |
| | ) JUDGE: Troy L. Nunley |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set on Thursday, September 26, 2013, be continued to Thursday, October 24, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses, to continue investigating the facts of the case and to negotiate a resolution to this matter.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 24, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T-4).

DATED: September 23, 2013                Respectfully submitted,

                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Benjamin Galloway*
                                         BENJAMIN GALLOWAY
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         JESSE AARON MENO

DATED: September 23, 2013                BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Matthew Morris*
                                         MATTHEW MORRIS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 24, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

1 | (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T-4). It is further ordered that
2 | the September 26, 2013 status conference shall be continued until October 24, 2013 at 9:30 a.m.
3 | Dated: September 25, 2013

_____
Troy L. Nunley
United States District Judge

*United States v. Meno*
Stipulation and Order

-3-