| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | JESSE AARON MENO |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:12-CR-00147 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE: December 5, 2013 |
| JESSE AARON MENO | ) TIME: 9:30 am |
| | ) JUDGE: Troy L. Nunley |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through MATTHEW MORRIS, Assistant U.S. Attorney, and defendant, JESSE AARON MENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set on Thursday, October 24, 2013, be continued to Thursday, December 5, 2013 at 9:30 a.m.

The reason for this continuance is to allow defense counsel further time to review discovery with the defendant, to examine possible defenses, to continue investigating the facts of the case and to negotiate a resolution to this matter.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

*United States v. Meno*
Stipulation and Order

-1-

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 5, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T-4).

DATED: October 21, 2013      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JESSE AARON MENO

DATED: October 21, 2013      BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including December 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

1  (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T-4). It is further ordered that
2  the October 24, 2013 status conference shall be continued until December 5, 2013 at 9:30 a.m.
3  Dated: October 22, 2013

Troy L. Nunley
United States District Judge

*United States v. Meno*
Stipulation and Order

-3-